**SHA-1 Hash:** 97573373334494CD598F2CFC5ECED24740FC42A7     **Title:** Nasty Anal Tryouts #2
**Rights Owner:** Evil Angel

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 174.51.141.210 | 3/4/2012 11:17 | Aurora | CO | Comcast Cable | BitTorrent |
| 2 | 24.8.161.122 | 2/29/2012 20:32 | Littleton | CO | Comcast Cable | BitTorrent |
| 3 | 24.8.178.5 | 2/10/2012 21:05 | Fort Collins | CO | Comcast Cable | BitTorrent |
| 4 | 24.8.32.252 | 2/18/2012 9:02 | Longmont | CO | Comcast Cable | BitTorrent |
| 5 | 24.9.240.91 | 2/19/2012 16:56 | Pueblo | CO | Comcast Cable | BitTorrent |
| 6 | 67.164.254.242 | 2/29/2012 2:28 | Aurora | CO | Comcast Cable | BitTorrent |
| 7 | 67.173.250.223 | 2/22/2012 7:15 | Loveland | CO | Comcast Cable | BitTorrent |
| 8 | 67.190.101.236 | 2/17/2012 18:29 | Boulder | CO | Comcast Cable | BitTorrent |
| 9 | 76.25.194.179 | 2/24/2012 23:03 | Broomfield | CO | Comcast Cable | BitTorrent |
| 10 | 76.25.74.2 | 2/18/2012 20:35 | Littleton | CO | Comcast Cable | BitTorrent |
| 11 | 98.245.86.167 | 2/18/2012 4:37 | Boulder | CO | Comcast Cable | BitTorrent |
| 12 | 174.16.192.115 | 2/13/2012 5:46 | Denver | CO | Qwest Communications | BitTorrent |
| 13 | 174.16.196.197 | 2/12/2012 22:25 | Aurora | CO | Qwest Communications | BitTorrent |
| 14 | 184.96.205.19 | 2/15/2012 23:42 | Denver | CO | Qwest Communications | BitTorrent |

EXHIBIT A

CO34